# ISHMAN LAW FIRM, P.C.
9660 FALLS OF NEUSE ROAD, SUITE 138-350
RALEIGH, NORTH CAROLINA 27615

| | | |
|---|---|---|
| FORUM I BUILDING<br>8601 SIX FORKS RD., ST. 400<br>RALEIGH, NC 27615 | TEL: (919) 468-3266<br>FACSIMILE: (919) 882-1466<br>www.IshmanLaw.com \| www.IshmanLegal.com | 3302 WALDEN DRIVE<br>GREENVILLE, NC 27858<br>TEL: (252) 413-0475 |

May 23, 2011

**RECEIVED**
JUL 25 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FOR NEGOTIATION AND
SETTLEMENT PURPOSES ONLY

CV 11 80 175 MISC

*Via Certified Mail, Return Receipt*

General Counsel for Google Groups
c/o Google Inc.
1600 Amphitheatre Parkway
Mountain View CA 94043

Re:  Digital Millennium Copyright Act Take Down Notice

Dear Google Groups:

Please note that this law firm has been retained by Forever Grand Vacations, LLC ("**FGV**") to address its ongoing concerns with the content that your blog user VacationTourTricks has authored and published at http://vacationtourtricks.blogspot.com/search/label/Forever%20Grand%20Vacations, (collectively, the "**Posts**") concerning unauthorized republication of FGV's copyrighted work, threats of physical harm to FGV and its manager James J Kilroy as well as other acquaintances of Mr. Kilroy, and defamatory attacks made against FGV and its manager, Mr. Kilroy, that collectively have intentionally interfered with FGV's business relationships with its existing and potential clientele. A copy of the Posts are attached and incorporated hereto as **Exhibit A**.

The Posts are alarming to FGV for several reasons. First, VacationTourTricks, through the utilization of your services, has published without the consent of FGV pictures of its manager, Mr. Kilroy, and the interior of FGV's office. The unauthorized publication at vacationtourtricks.blogspot.com of these photographs contains material that infringes on the valid copyrights of FGV. Such unauthorized use of FGV's pictures constitutes copyright infringement. Under the Digital Millennium Copyright Act ("**DMCA**"), 17 U.S.C. § 512(c), we are providing notice to you of existing and ongoing copyright infringement activity as set forth above. As you know, the DMCA allows Google to escape liability if it blocks access to or otherwise disables the allegedly infringing material. **We ask that you do this immediately upon your receipt of this letter.**

Additionally, on page 9 in the "U.S. Copyright Office Summary" of the DMCA, you will find the following statement:

> ... Title II establishes a procedure by which **a copyright owner can obtain a subpoena from a federal court ordering a service provider to disclose the identity of a subscriber** who is allegedly engaging in infringing activities. (Section 512(h)).

---

ISHMAN LAW FIRM, P.C.

MARK W. ISHMAN
DIRECT LINE: (919) 539-7626
MISHMAN@ISHMANLAW.COM

Google, Inc.
May 23, 2011
Page 2

[**bold** emphasis added]

We believe we are correct to infer from this subpoena authority that, FGV, as the Author, Damaged Party and Plaintiff, has a fundamental Right to *compel* disclosure of the identity of *any* subscriber (or customer) who is engaging in activities that infringe FGV's exclusive copyrights. Also, in the interests of justice, investigative efficiency, economy, and to prevent the hindering of apprehension and prosecution, that Right can be asserted *prior to* the filing of an application for subpoena.

**On behalf of FGV, and in order for you to escape liability under the DMCA, we request that you take down all of the Posts due to aforementioned infringing activity and disclose to us the identity of VacationTourTricks.**

Even more alarming is that these Posts are threatening the safety and health of its manager, Mr. Kilroy, and others, as well as publishing falsified information about FGV that is damaging it, collectively as follows:

(1) VacationTourTricks has published the name and address of Mr. Kilroy's place of his religious worship, and encouraging its viewers of this blog to attend Mr. Kilroy's place of religious worship with "Pitching Heat," and commit other like crimes of stalking and related hate crimes to Mr. Kilroy. Obviously, these published comments are threats of physical and deadly harm to Mr. Kilroy and those who also attend his place of religious worship; and

(2) VacationTourTricks has published a falsified Better Business Bureau complaint against FGV, false statements about Mr. Kilroy and false misrepresentation that Mr. Kilroy did not prevail in the identified lawsuit.

Furthermore, the unwarranted, false and defamatory content published in **Exhibit A** is tortious conduct that has, and continues to, interfere and damage FGV's business relationships with its existing and potential clientele, affiliates and vendors.

As a result and as clearly set forth herein, the Posts also violate Google Group's Terms of Use because the Posts are defame, abuse, harass, stalk, threaten or otherwise violate the legal rights (such as rights of privacy and publicity) of [FGV, Mr. Kilroy and their associates]."

Before considering additional legal remedies that FGV may have against VacationTourTricks and BlogSpot.com, FGV would first like to attempt to amicably resolve this matter with you. **FGV HEREBY DEMANDS THAT GOOGLE:**

(1) **IMMEDIATELY REMOVE AND TAKE DOWN ALL OF THE POSTS FROM PUBLICATION;**
(2) **DISCLOSE TO US THE IDENTITY OF VACATIONTOURTRICKS; and**
(3) **IMMEDIATELY CEASE AND DESIST IN PUBLISHING ANY PRIVATE, COPYRIGHTED OR DEFAMATORY STATEMENTS ABOUT FGV, WHETHER MADE BY YOU OR THIRD PARTIES.**

Google, Inc.
May 23, 2011
Page 3

**It is important that FGV's demands are met and that we receive a reply from you within thirty (30) days, or before June 20, 2011, stating that you have met these demands by taking down all of the Posts from publication. Otherwise, we will assume that you do not wish to resolve this matter amicably, and FGV will have no other choice but to consider any and all legal remedies that she may have against you, your agents and/or conspirators, including all parties who have posted or may post additional comments or content online**

Please note that it is our desire to work with you an opportunity to resolve this matter before legal action becomes necessary, and we are willing to discuss this matter with you or your attorney.

By submitting this complaint, I affirm, under penalty of perjury, that the above information is accurate, that I am authorized to act on such person's behalf in this matter, and that I have a good-faith belief that use of the material in question, in the manner complained of, is not authorized by the copyright owner, its agent, or the law.

This letter is not intended, nor shall it be construed as a full statement of all the facts and circumstances relating to this matter. Nothing contained in this letter, nor any act or omission to act by FGV is intended or should be deemed to be a waiver, abridgement, alteration, modification or reduction of any rights, claims, defenses or remedies that our clients may have in regard to this matter and all such rights, claims defenses and remedies, whether at law or in equity, are hereby expressly reserved.

With best regards,
ISHMAN LAW FIRM, P.C.

/s/ Mark W. Ishman

Mark W. Ishman
Attorney at Law

Enclosures.

MWI/lai

cc:     Forever Grand Vacations, LLC (*via Email*)

Share   Report Abuse   Next Blog»                                                   Create Blog   Sign In

# Vacation Tour Tricks
The Truth Behind Branson's Travel Clubs and Timeshares

## Adsense

**Sell Your Timeshare Here** No Longer Want Your Timeshare? Sell it Today, For Cash... TimeshareLuxury.com/Timeshares

**Get Rid of Your Timeshare** We Have a Guaranteed Exit Program! Licensed-Insured-Bonded Since 1999 TimeshareOut.com

**Timeshare Fraud** Fight Back. We Get Timeshare Contracts Cancelled. Call Us Now. www.Timeshare-Answers.com

AdChoices ▷

**Site Counter**

Showing newest posts with label **Forever Grand Vacations**.
**Show older posts**

11737132

2.01.2011

### Silverleaf Refunds Members

We heard from three Silverleaf members that hired a Timeshare Fraud Investigator, that he was able to recover their money. They reported he charged less than 300 dollars to pay for the background checks and court records as well as other material he digs up on the Resorts, Sales People and Sales Managers. This information is used to force the resorts to refund the owners money or it will go to the local media then used against them in court. It seems Silverleaf realized it was cheaper to pay off the members than go to court. The Fraud Investigator also charges 6% commission after the member collects.
Most of the companies out there that offer to get your money back charge as much as $1995.00 upfront and up to 25% commission.
It's great to know there is a few out there that won't scam you again. Thanks No Timeshare for helping out the ones who were taken advantage of.
Posted by Vacation Tour Tricks at 2:05 AM   0 comments   Links to this post
Labels: diamond, fairfield, festiva, Forever Grand Vacations, marriott, No Timeshare, shell vacation, Silverleaf, summerwinds, timeshare fraud, westgate, wyndham

**James J Kilroy**



Actually Thinks God Approves Of His Business Practices

**Do They Really Work**



Waiting room at the infamous Travel More Now

11.22.2010

### Travel Club Truth

Visit http://travelclubtruth.wordpress.com/ to learn even more about travel club scams. Great site.
Posted by Vacation Tour Tricks at 6:39 AM   0 comments   Links to this post
Labels: American Council of Travel, Coast to Coast, Forever Grand Vacations, fraud, Jim Kilroy, Travel Clubs, Travel More Now

11.17.2010

### BBB Complaint

Forever Grand Vacations have been operating since Feb 6, 2008 and already have a BBB rating of D-, sure didn't take long to get there. Note also the are not a member of the BBB. Below is one of the many complaints filed with the BBB and the company's response. As you will read the client was told they had to cancel thru California and would need a doctors note. What a crock, it was a way to stall passed the 3 day cancellation period.

## Complaint Details

Forever Grand Vacations LLC
1828 W Hwy 76 Ste B, D, E, F
Branson, MO 65616
Contact: James Kilroy
Phone: 417 334-6644

**Blog Archive**

▼ 2011 (5)
  ► June (1)
  ► May (1)
  ► April (2)
  ▼ February (1)
    **Silverleaf Refunds Members**
► 2010 (14)
► 2009 (7)

Complaint
Complaint Description - Posted 07/16/2010
Summary - We tried to cancel but were told weekends count as business days.

Initial Complaint
We tried to cancel but were told weekends count as business days. **We were told we would need to contact California**. We spoke with \*\*\*\*\* \*\*\*\*. **After having a health problem two days after we bought we decided to cancel. \*\*\*\*\* told me I would need a letter from my doctor**. After verifying he had received it and assuring me he would take care of it we were not able to contact him again. I have now disputed it on my credit card. I feel the program was misrepresented because they had told us we would be able to use hot weeks in Branson for $199.00 any time. That doesn't seem to be true.

Resolution Sought
We just want a credit on our credit card.

Business' Response
Initial Response - Posted 07/26/2010
Response
Mr. \*\*\*\*, Unfortunately speaking with \*\*\*\*\* \*\*\*\* does not help you at all. All financial transactions regarding the purchase of your membership involve Forever Grand Vacations, not Travel To Go. I apologize that \*\*\*\*\* did not relay the information or we could have duscussed the matter prior to now. I have received paperwork fromthe bank also stating that for health reasons you are unable to use your membership. I am a little confused because it is obvious that you were aware of these health issues at the time of purchase. You stated at the time of purchase that some of the reasons your were becoming members was the benefits and the price, I also see that you have listed 5 grown family members on your family plan to be included in your membership. The benefits and price remain true and these benefits are still availablefor your family members as well as yourself when you are up to travelling. This is a lifetime membership and is transferrable to a family member if desired. I believe you and your family will still be able to utilize the program. As far as weekend being considered business days: the State of Missouri defines a business day (in this case) as any day other than Sunday and Holidays. I hope you understand that I empathize with your situation but as I said.... I truly believe you and your family can still benefit greatly from the program and spend years making wonderful vacation memories.

Additional Information from Consumer
I am requesting reopening our complaint against Forever Grand Vacations. We had assumed everything was taken care of because the only response was the two emails we received from you. One was dated July 19 and the other July 27. We had assumed because we heard nothing else and because the bank had credited our charges the matter was settled. We received in the mail on Saturday the 20th this letter recharging our account for the reasons stated in the letter. We are quite surprised Missouri considers Saturday a business day if in fact they do. It seems like they have so many reasons for not allowing people to cancel the sale. Thank you for your time. Barbara Park

Business' Final Response
I understand that the consumer wants a refund but there is no basis for one. As I said previously and the bank reiterated, they were given the opportunity of cancelling within the first three days and did not. I assure you Forever Grand Vacations follows the law and the law clearly states that a business day is every day except Sunday and holidays therefore the contract is valid and no refund is due. If the consumer needs help utilizing their membership or needs help explaining the benefits to their family that also has access we would be glad to help. The membership is also transferrable if they would prefer to transfer it to another. All they would have to do to transfer membership is contact us at 417-334-6644 and we would be glad to assist them.

Posted by Vacation Tour Tricks at 1:15 AM    1 comments    Links to this post
Labels: American Council of Travel, Branson, Forever Grand Vacations, fraud, James Kilroy, Kilroy, Scam, Travel Club

11.07.2010

## Want to Get Out of that Tour Quick and Easy

▶ 2008 (23)

### Links of Interest

Missouri Corporation Lookup
Nevada Corporation Lookup
Forever Grand Vacations
News
Consumer Report at Pissed Customer
WTOP News Article
BBB
Missouri Attorney General
Missouri Senate Bill 274

### Article Labels

AARP (1)
American Council of Travel (5)
Anytime Vactions (4)
Branson (25)
branson MO (1)
Brian Wilson (1)
CCN (1)
Charity (1)
Childrens Charity Network (1)
Church (1)
Coast to Coast (17)
Concierge (1)
crime (1)
David Large (2)
Denver Wood (2)
diamond (1)
drunk (1)
Eileen Most (1)
email (1)
fairfield (1)
festiva (1)
Forever Grand Vacations (21)
fraud (14)
Free (1)
Grand Crowne (1)
Grand Getaways (5)
Heat (1)
James Kilroy (22)
Janet Wilson (1)
jason holdman (1)
Jay Nixon (2)
jeff gehrke (1)
Jim Kilroy (16)
Judge James Eiffert (1)
KATU (1)
Kilroy (8)
lawsuit (3)
Lee Allen (4)
Liar (6)
Lies (7)
linda messenger (1)
LLC (1)
Lox (3)
marriott (1)
MBNA (1)
new adventure co (1)
No Timeshare (1)
Paul Lox (5)
Resale (1)
Rip Off (8)
Robert Tuck (1)

You find yourself stuck in that presentation, the sales people will not let you go. Want can you do to get your gifts get out and no be beat down by the salespeople and closers?
The number one excuse that will set you free, is to tell the closer you would love to buy their membership, but you recently filed for bankruptcy, the salespeople know if you have filed, that the courts will not let you make any large purchases. This is one of the few excuses where they will give up and get you out of the presentation.
Posted by Vacation Tour Tricks at 9:07 PM    0 comments    Links to this post
Labels: Branson, Forever Grand Vacations, fraud, Timeshare, Tour tricks, Travel Clubs

9.26.2010

## Settle Down Children

I think Scuba Steve and aracoma_5 need to power down a bit. They seem to be getting personal.
Its pretty clear Scuba Steve has a lot of the inside information, and the aracoma_5 is a typical Travel Club/Timeshare salesperson. Where ever they may be working for at the time is the greatest company in the world. So if the two of you would knock it off, and we won't get into the middle of it and place egg on someones face.
Posted by Vacation Tour Tricks at 6:38 PM    0 comments    Links to this post
Labels: Branson, Forever Grand Vacations, fraud, James Kilroy, Travel More Now

## Lee Allen Photo



You have heard us talk of Lee Allen, well here is what he looks like.

Posted by Vacation Tour Tricks at 5:05 PM    0 comments    Links to this post
Labels: Forever Grand Vacations, fraud, James Kilroy, lawsuit, Lee Allen, TMN, Travel Club, Travel Clubs, Travel More Now

7.18.2010

## NO LONGER COAST TO COAST

Forever Grand Vacations are no longer affiliated with Coast to Coast, they now use Vacations to Go as their travel company, wow that didn't last long. Guess Coast to Coast could stand dealing with the upset members FGV sent their way. Here is a press release from FGV:
FOR IMMEDIATE RELEASE
(Free-Press-Release.com) April 9, 2010 --
Forever Grand Vacations the Midwestern leader in vacation
travel membership based companies and Travel to Go today announced the renewal of its affiliation with Forever Grand Vacations, and Travel to Go, who are amongst the leaders in vacation club sales and servicing companies in the industry. This new agreement grants Forever Grand vacations Members continued access to a broad array of exciting vacation experiences utilizing the Travel to go network of vacation services.

"We are extremely pleased to renew our partnership with the Travel to Go family and their fantastic owners," said CEO, Eileen Most of Forever Grand Vacations "By building on our great relationship with Travel To Go we can continue to offer our valued members around the country the opportunity to experience the wonderful services that TTG has to offer.".
"By extending our existing relationship, we are continuing to give our owners the chance to enjoy all the opportunities that Travel to go offers," Most went on to say, from Forever Grand Vacations. "Travel to go offers our Forever Grand Vacation Club Members access to terrific vacation values around the world and we're glad to continue providing this service to our valued owners."

ron long (1)
Ryan Mckinney (5)
Salespeople (4)
Sanctuary of Hope (1)
Save (1)
Scam (9)
Shayne Denney (2)
shell vacation (1)
Silverleaf (1)
Stan Hitchcock (2)
summerwinds (1)
Sun Coast (1)
Timeshare (10)
timeshare fraud (1)
TMN (15)
Tom Wood (1)
Top Hat Consulting (1)
Tour tricks (4)
Travel Club (32)
Travel Clubs (27)
Travel More Now (30)
Travis Dunnahoe (12)
Tricks (8)
Utopian Travel (1)
Vacation Change (2)
vacation club of America (1)
Vacation Services of America (1)
Vacations (2)
VSA (1)
westgate (2)
wyndham (1)

The travel club industry is seen it's boost of record sales lately as consumers look for less expensive ways to holiday without giving up the comforts that they have grown accustomed to. Travels clubs have raised in popularity with the fact that the upfront cost are much less than there counterpart timeshares and seem to offer much the same advantages as less expensive condo stays.

Contact info:
Eileen Most
Forever Grand Vacations
2005 West Highway 76 Suite 205
Branson, MO 65616
(417) 339-3953
http://forevergrandvacations.com
Posted by Vacation Tour Tricks at 11:28 AM   5 comments   Links to this post
Labels: Branson, Coast to Coast, Forever Grand Vacations, fraud, James Kilroy, Jim Kilroy, TMN, Travel Clubs, Travel More Now

6.29.2009

### The Dynasty Does What???

Kilroy really is a legend in his own mind. He actually believes he is king of his own kingdom.
Forever Grand Vacations is reopening the old sales office on 76 (which is across the street from the present one). To sell campground memberships. And what a product, pay thousands to be able to park your RV for about 10
dollars a night in a "resort" campground. Take our word for it. Don't bother!



Posted by Vacation Tour Tricks at 1:07 AM   0 comments   Links to this post
Labels: Branson, Coast to Coast, Forever Grand Vacations, fraud, James Kilroy, Jim Kilroy, Kilroy, Rip Off, Travel Club, Travel Clubs, Travel More Now

3.04.2009

### Forever Needs Closers

Forever Grand Vacations is running a help wanted ad. Notice they are not wanting salespeople they want "Closers", the industry term for the person who is highly experienced in closing the deal. The one who can get your money while your there on your first day visit.
Remember the"first day special" that by law the can only offer you while your there that day. Sorry FGV there is no such law, the reason they want you



to buy while your there is if you take the time to "think it over" you will see what they are offering is to good to be tru (and it is) or you will get on the internet and check them out, in which case there is no way you will buy from these jokers.

Don't buy anything from anyone til you google them.
Posted by Vacation Tour Tricks at 11:24 AM   7 comments   Links to this post
Labels: Branson, Coast to Coast, Forever Grand Vacations, fraud, James Kilroy, Jim Kilroy, Kilroy, Timeshare, TMN, Travel Club, Travel Clubs, Travel More Now, Tricks

12.27.2008

## Another Dissatisfied Member

Check out this website and you will find another person scammed by Jim Kilroy and the infamous Forever Grand Vacations.

Below is an article from the website:

Fraudulent Sale of Vacation Membership (2008-04-30)

Membership Company: Coast to Coast/Grand Getaways
Travel ClubSales Agency: Forever Grand VacationsMarch 30, 2008
Salesman - Shane Denney
The basic premise of the presentation was to get x number of options to rent a time share (sublet more or less) plus great discounts on all related travel expenses. We already own a time share and when we crunched the numbers realize that we were better off with the property we already had. Mr. Denney was surprised but continued to sell hard on the pretense of using other discounts, specifically airline tickets. He explained that Grand Getaways bought blocks of seats on ALL airlines and because of this where able to beat all published pricing. In fact, it was explained to us that if we used their Website it would only give the published price and that we needed to call to get their discounted price. My wife and I throughout the sale and signing reiterated that we only saw the value in discounts we would get for air fares - No one spoke up to the contrary.

April 7, 2008 (1 week later and 1 Day) I sought out a flight for an August flight form Memphis to Boston. The published price was $289.00. I then called Grand Getaways and the said they would give me a price the following day. April 8, 2008 Grand Getaways called me back with the same published price of $289.00. When I questioned them about the discount they responded that they don't give discounts on domestic flights. We were lied to!

April 9, 2008 My wife spoke to Tommy Middaugh, Quality Assurance Manager. She request a refund as the membership was worthless. He was a rude, condescending bully. Eventually he passed the buck back to the Branson reps who sold it to us.

Tommy Middaugh - Quality Assurance Manager Coast to Coast/Grand Getaways Travel Club Corporate Office-Sarasota, Florida
888-269-0182 ext 108 Fax: 941-487-3651

April 10, 2008 My wife called for Shane Denney. He was not in the office and no one else was able to help. He would be back on Monday April 14th.

April 14, 2008 My wife called for Shane Denney. Shane was very surprise by this as he believed what he told us to be true and he would call back to let us know about our refund.

April 18, 2008 I called to follow up with Mr. Denney. He no longer was an employee. I spoke with Travis Dunnahoe, the branch sales manager. He explained that we signed papers saying that we only had 3 days to dissolve the membership but he would investigate and call us back on Monday April 21 by 3 PM (call was recorded).
Travis Dunnahoe - Director of Finance and ComplianceForever Grand Vacations
1318 West Hwy 76 Suite CBranson, MO 65616417-336-0764

April 21, 2008 - 4PM I called Travis Dunnahoe. Reminded him of the call he committed to. He remembered nothing. He would not refund our money because the signed documents were binding and what we were told did not matter (call was recorded).Points of suspicion
Getting us to sign a 3 day "buyer's remorse" clause when they know people are on vacations and won't have the time or resources to check it out

"Coast to Coast - Grand Getaways" - Very Low visibility on the Internet

"Forever Grand Vacations" - No visibility on the Internet

Shane Denney no longer works for Forever Grand Vacations and we cannot track him down
Why would a legitimate company not be honorable in refunding

memberships acquired fraudulently?

Actions Taken
Filed Complaint with Attorney General of Missouri
File Police Report with Branson, MO Police
Posted by Vacation Tour Tricks at 5:35 PM   3 comments   Links to this post
Labels: Branson, Forever Grand Vacations, Jim Kilroy, Scam, Shayne Denney, Travel More Now, Travis Dunnahoe

11.09.2008

## Important Emails

Want to email your favorite TMNer:

Jim Kilroy jimkilroy@suddenlink.net
Travis Dunnahoe dryman75087@yahoo.com
Travis Dunnahoe travis@forevergrandvacations.com
Paul Lox vacationchange@aol.com

Write often, they'd love to hear from you.
Posted by Vacation Tour Tricks at 2:05 PM   1 comments   Links to this post
Labels: Branson, Coast to Coast, Forever Grand Vacations, fraud, James Kilroy, Paul Lox, Rip Off, Travel Club, Travel Clubs, Travel More Now, Travis Dunnahoe

## Go To Church With Travel More Now

If you would like to bump into your favorite Travel More Now people while on vacation in Branson, be sure to visit the Sanctuary Church. All of TMN's top people attend such as Jim Kilroy, Travis Dunnahoe, Barbara Plott and other corporate staff. Seeing as Church is not a good place to tell a lie you might get one of these people to tell you the truth (hahaha) about what is going on in Forever Grand/Travel More Now.
Be sure not to tell the elders or the minister about your dealing with TMN as Kilroy has them thinking he is indeed a saint in the community and we wouldn't want to mess up his reputation.

Sanctuary of Hope
PO Box 6973044 Shepherd of the Hills ExpBranson, MO 65616
Phone: (417) 336-4673 Fax: (417) 336-0643
E-Mail: sanctuaryfamily@aol.com

Posted by Vacation Tour Tricks at 1:51 PM   0 comments   Links to this post
Labels: Church, Coast to Coast, Forever Grand Vacations, James Kilroy, Sanctuary of Hope, TMN, Travel Club, Travel Clubs, Travel More Now, Travis Dunnahoe

10.27.2008

## More Travel More Now Complaints

Below is some posts from another Travel More Now Blogger:

**"STAY AWAY FROM TRAVEL MORE NOW VACATION CLUB!!!!"**
8 Comments -
document.write("\x3ca onclick\x3d
\x22COMMENT_PAGE.togglePostBody(); try{this.blur();}catch(e){}; return
false\x22 id\x3d\x22showOrHidePost\x22 href\x3d\x22javascript:void(0);
\x22\x3e\x3c/a\x3e\n\x3cspan id\x3d\x22btnAll\x22 class\x3d\x22hide\x22
style\x3d\x22display:block;\x22 onmousedown\x3d
\x22COMMENT_PAGE.toggleAllComments(); try{this.blur();}catch(e){}\x22
\x3e\x3c/span\x3e");
**Hide Original Post**Collapse comments
Travel More Now1316 West Hwy. 76, PMB 177Branson, MO 65616Phone 417-336-0765Fax 417-335-5401www.travelmorenow.comWe have had problems with TravelMoreNow (Mr. James Kilroy, Owner) for quite some time. We have contacted the staff numerous times. Here is a detail of the program.On 11/21/2005 we attended a sales presentation in Branson, MO presented by TravelMoreNow selling Vacation Club packages. At that presentation our salesman (Stan Hitchcock) presented the program, telling us how much the travel program would save us in all facets of travel--rent condos' for a week for $249.00, get great discounts at upper end hotels such as the Hilton, get discounts on cruises, airfare, etc.During the course of the conversation, we mentioned that we owned a timeshare that we would like to sell. Stan Hitchcock said if we bought the TravelMoreNow program that they had a great tool to help us. Mr. Hitchcock suggested that we buy TravelMoreNow and charge it to our credit card. Then TravelMoreNow had an arrangement with CitiBank credit card Company whereby we could transfer the balance on our credit card to CitiBank and

I just found out today when I tried to sign on the travelmore website, that the travel club has allegedly been sold to Coast to Coast grand getaways. The phone nr in Las Vegas is not being answered. The phone nr I was provided is: 877-568-2228. Website: gograndgetaways.com The Branson nr 417-336-0765 is being answered by Barbara who was most helpful
10:05 AM
bj said...
We were scammed by Travel More Now also. They were bought out by Coast to Coast. Another scam!!!! Stay away!!! Won't live up to Travel More Now contract.
3:38 PM
Linda said...
Dear Sir: We were scammed by TMN as well. I have tried to speak with a supervisor from Branson and Pat from LasVegas and of course they deflect; ignoring the whole problem of lack of integrity and honest dealings. (mediation was tried with Branson, but Barbara simply deflected once again.) I have written Branson's mayor and Alderman, also BBB and the attorney general. I have made our complaint with no luck. I have suggested to the above individuals that if they cannot get them out of Branson legally, they bring up the awareness so people like me and you coming to Branson or Las Vegas, have a 'heads up' on this type of scam. suggestion one. On billboards and brochures place some generic statement like the following...CHECK IT OUT!Don't sign a contract for anything until you check it out......Call.......(..................)Remember if you have already signed, you still can call and rescind your decision within 3 days. Remember it's the MISSOURI LAW.Suggestion two... To also make an appeal to the Chamber of Commerce, Christian Business Men and Town Fathers.....We make a meeting all together and make a very personal appearance to plead that they do the above and also encourage businesses to get a court order that TMN CANNOT use their premise to hold their build board up to encourage people to come to their promotional meeting for a free show. Suggestion Three.... That we all agree to start praying to God that he will put them out of business and get our money back. I have no money to sue them; so that is out. I wanted to take them to small claims court, but someone told me TMN would likely get the date changed and there I would be with the expense of a flight for nothing. I still have a number of places to write; the senators and governors of the states and the president of the United States. I don't know what it will take to get action. I never even got a response from the mayor of Branson and one of the Alderman wrote me and gave me to believe he knew nothing of the problem. I shall continue on. Please let me know if anything of substance at this point is being done to get people's money or at least get them out of business. Sincerely, Linda.
10:42 PM
Marty said...
There is a class action lawsuit being put together by some members with the help of a former TMN employee. He is going to provide a list of ever TMN member to the attorney. He also has the proof Kilroy commited fraud so they can go after him personally. Contact crhugs@aol.com she has the inside scoop. Prayers are about to be answered.
9:32 PM
Bob said...
I was also scammed by travelmorenow. I contacted the BBB in MO and wanted to get my money back, and after several conversation and phone calls, I'm still out of over $7000.00. I think a class action suit is what needs to go forward.
8:57 AM
Posted by Vacation Tour Tricks at 7:33 PM  0 comments  Links to this post
Labels: Branson, Forever Grand Vacations, fraud, James Kilroy, Paul Lox, Scam, Stan Hitchcock, Travel Club, Travel Clubs, Travel More Now, Travis Dunnahoe, Vacation Change

9.15.2008

## "Pitching Heat"

At right is an actual slide from the *Group Presentation* at **Forever Grand Vacations**. This has cost a lot of customer





cancellations. There is not **Concierge Service 24/7** but that doesn't stop the Speaker and Salespeople from promising the 24/7 to everyone who walks through the door.
When we attended the presentation in June that's just one of the straightout lies told to us. Keep checking back we will be adding the actual tape recording of the presentation.

Posted by Vacation Tour Tricks at 1:03 AM    0 comments    Links to this post
Labels: Concierge, Forever Grand Vacations, Heat, James Kilroy, Lee Allen, Lies, Travel Clubs

## Forever Grand...A "New" Travel Club?

Isn't it strange how Forever Grand Vacations claims to be a completely new company not connected with Travel More Now?
In the Branson Daily News they are running this ad for new salespeople. Notice how this new company has over TEN Years experience.
Now that Kilroy has sold Travel More Now in Vegas to Grand Getaways to fullfill member vacations, he is off the hook on member service problems.
Anyone who purchases from FGV and finds out Grand Getaways isn't getting the deals that were promised by the sales staff, the sales department will shrug their shoulders and use the excuse "sorry we just sell the product, you'll have to take any problems with GG or Coast to Coast or.........."
We got to ask....."Kilroy, Are YOU Serious"

Posted by Vacation Tour Tricks at 12:53 AM    5 comments    Links to this post
Labels: Coast to Coast, Forever Grand Vacations, Grand Getaways, Jim Kilroy, Liar, Lies, Salespeople, Travel Club, Travel More Now

8.31.2008

## Travel NO More



Picture at right is the infamous **James J Kilroy**, the man behind the scenes of Branson Travel Club, **Forever Grand Vacations**.
Forever Grand Vacations is not his first Travel Club by any means.
At the start of 2008 the Travel Club was known as **Travel More Now**, llc. The club that punished hundreds of members by offering huge savings on show tickets or Red Lobster dinning cards (example: a 30 dollar dining card for 5 dollars), at the time they joined **Travel More Now**. Then when the new member tried to cancel their membership within the three days Missouri law allows, they were denied the right to cancel because they had accessed their club benefits. Stating they were abiding by Missouri Law and the members signed a clear statement knowing they were accessing benefits.
True a statement was signed but we found out the verification officer was trained to wait until the very end of the long tedious closing and tell the member they were signing just a receipt for the tickets/RLCs. Making sure

members were tired and not giving a chance to properly read the "receipt". After some digging we found out the Missouri Law doesn't quite read the way Mr. Kilroy and his 2nd in command **Travis Dunnahoe** has come to understand it. **Missouri Senate Bill 274** passed in 2005 reads as follows:

**407.1249**. *Assuming a purchaser has not otherwise accessed any travel benefits and returns to the travel club all materials of value delivered to the purchaser at closing, all purchasers of travel club memberships from a travel club that is registered shall have the nonwaivable right for a period of three business days after the date of their purchase to rescind and cancel their travel club purchase and receive a full refund of all sums otherwise paid to the travel club within fifteen business days of such rescission, minus the cost of any services actually consumed or utilized.*

Seems pretty clear the most a member would be responsible for is the cost of the cards/tickets and should get the rest back. The slick way they got away with it is simple, when a credit card company went to bat for the member, Kilroy's people would misstated the law and by not knowing the actual wording the credit card company took them at their word. By buying the cards/tickets at the huge discount is where they made their mistake. That was not a member benefit because the member could not go back to the club and ever get those prices again. The actual member price for the Red Lobster Cards is $28.

Kilroy started his first Travel Club when he bought the existing **Players Club Partners** he then changed the name to **Travel Source Network** and when the lawsuits started piling up he changed it to **Travel More Now** and now **Forever Grand Vacations**. Word has it when the Travel More Now sign was removed from above the whiteboard that they used for their group presentation the old Travel Source Network sign was behind it. All of the clubs are **Limited Liability Companys (llc),** because the LLC's allow a company's owners to protect themselves from lawsuit against them personally unless **fraud** can be proved.

Kilroy has been successfully dodging responsability using the LLC laws. Word has it Kilroy has become too confident and has let vital information out and it is going to come back and haunt him. Including information that connects him to **Childrens Charity Network**, a bogus charity people donated their timeshares to when joining **Travel More Now.** *If you or anyone you know donated to* **Childrens Charity** *please contact Vacation Tour Tricks at once.*

A quote from Kilroy: "Travel Clubs are priced so that most people will consider they have been screwed and vow to never do something like that again, and most won't tell anyone because they feel embarrassed."

Visit the Missouri and Nevada Secretary of State links and search LLC's using Kilroys name and see how manay corporations he is involved in. This is all public information. Kilroy is also listed on Nevada Corporation **Payroll Solutions**, which is the company that handles payroll for all his companys. He does not tell the people who works for him and anytime there is a payroll "*problem*" he blames Payroll Solutions stating he has no control.

Also check out Missouri Attorney Generals website to see all the complaints listed. Springfields BBB has some nice info also. Google "**Travel More Now**" for articles on the company you will find KY3.com has video, Aug 2008 Readers Digest and a host of other publications.

**Vacation Tour Tricks** will keep you updated on whats going on with these guys. We are trying to get our hands on a list that is out there which will show every person who bought a useless membership from these clowns.

Buyer Beware!!!!!!!!!!!!!
Posted by Vacation Tour Tricks at 3:30 PM    3 comments    Links to this post
Labels: CCN, Charity, Childrens Charity Network, Forever Grand Vacations, fraud, James Kilroy, Lee Allen, TMN, Travel Clubs, Travel More Now

### Street Talk Feb 2005

AND: Here's an intriguing message we received: --" What's up with the vacation club biz in Branson, MO! The elder, big, bad Jim Kilroy of the infamous Travel More Now! Lord how the mighty have fallen! He is a little puppy in that town now! The company has went from three podium rooms to one in a little over two years?! I hear he's trying to pawn all parts of TMN, service sales and marketing to any one willing to put up some time payments. I mean he's even asking the remaining, few, long term employees if they will buy it on payments? I guess nerve is something you can lose. Jim, honestly... DOES IT HURT!
Leisure Access Vacation Club is out of Branson too! Wow they were getting kinda big too. But not all is bad in the land. Ultimate Lifestyles in Hollister is taking off like a rocket! I hear they double in size from last year! not bad... hey! didn't Mr. Jim Kilroy used to have that staff? Oh yes!.... I'm smiling."
YOUR COMMENTS:
Feb. 27: --" Mr. Big bad Jim Kilroy has been scrambling and damn near going bankrupt since the aquisition of his Marketing Director, Al Medina by Bluegreen. The Branson Discount department turned out to be a joke after his untimely release of the best rookie in the industry Chad Lund. Very bad management has let Jim Kilroy's all mighty Travel More Now Crumble to ashes and is going to leave hundreds looking for jobs... Thanks Jim! Does anyone out there know what ever happened to Chad Lund?"
March 1: --" Chad Lund did a short stint at Bluegreen in Mpls and is now a sales rep at a travel cub in Edina Minnesota. He has the track's highest VPG and is doing a great job."
March 3: --" I did a search in The Beat for **Kilroy** and **Travel More Now**. Look what I came up with. Wow, what a history!
Feb. 2003: http://www.thetimesharebeat.com/street/feb07-03.htm
July 2003: http://www.thetimesharebeat.com/street/july25-03.htm
Oct. 2003: http://www.thetimesharebeat.com/street/oct03-03.htm
Oct. 2003: http://www.thetimesharebeat.com/street/oct31-03.htm
Nov. 2003: http://www.thetimesharebeat.com/street/nov28-03.htm
Dec. 2003: http://www.thetimesharebeat.com/street/dec19-03.htm
May 2004: http://www.thetimesharebeat.com/street/may28-04.htm
July 2004: http://www.thetimesharebeat.com/street/july02-04.htm
Posted by Vacation Tour Tricks at 3:22 PM    1 comments    Links to this post
Labels: Coast to Coast, Forever Grand Vacations, Grand Getaways, Jim Kilroy, Liar, Lies, Salespeople, Travel Club, Travel More Now

### Street Talk June 2005

MISSOURI: In a June 4 article in the Springfield News-Leader, **Jim Kilroy**, president of the notorious **Travel More Now** travel club, was quoted as saying that giving people time to rethink their decision to join will be good for consumers and the travel industry. He said he's hoping the legislative proposal that aims to weed out unscrupulous travel clubs from Missouri's tourism industry will help accomplish that goal.
The measure by Sen. Larry Gene Taylor requires travel clubs to register with the attorney general for $50, with a provision for annual renewal, and requires clubs to give customers three business days to cancel their contract and get their money back. The legislation easily passed May 13 as the legislative session wrapped up, and is awaiting action by Republican Gov. Matt Blunt, who is expected to sign it.
" It gives people a cooling-off period, which will eliminate a vast majority of complaints," said Kilroy in the News-Leader article.Let's see, is that the **same James Kilroy** who was sued by Missouri Attorney General Jay Nixon (in late 2003) for alleged misrepresentation? The same **James Kilroy** who when questioned as a result of complaints by many members of AARP reportedly told AARP that it is " **None of your business**" ? (You can find the AARP article here: **Fabulous Vacation Deals Often Come Up Short** See also http://www.thetimesharebeat.com/street /july25-03.htm ) The same **James Kilroy** whose travel clubs have garnered so much bad publicity over a period of several years that we've lost track of the number of complaints? Has he gotten pious or was he being disengenuous?
Jay Nixon wanted the legislation to be stronger. He already has gone to

court and won reimbursement for some customers who felt misled by travel companies, and other cases are pending.
Raise your hand if you think a $50 registration fee and 3-day right to cancel will do much to deter travel club fraud. I'm with Nixon: make the legislation stronger.
E-mail ahackman@thetimesharebeat.com
Posted by Vacation Tour Tricks at 3:19 PM   0 comments   Links to this post
Labels: Coast to Coast, Forever Grand Vacations, Grand Getaways, Jim Kilroy, Liar, Lies, Salespeople, Travel Club, Travel More Now

## Street Talk 2003

FROM THE TIMESHAREBEAT WEBSITE: NEVADA:LAS VEGAS: As if it weren't bad enough that **James Kilroy** is running his *Travel More Now hot air vacation club product in Branson*, he is also apparently running it in Las Vegas. **TRAVEL MORE NOW**, incorporated in June, 2000. Also registered in Nevada is **MOBILE OUTDOOR MEDIA, INC.**, filed in May 2002 **SILVER DALE HOLDINGS, INC.**, incorporated in Sept. 2000 and **TRAVEL MORE NOW-BRANSON, LLC**, incorporated in Sept. 2000. All James Kilroy corporations. *Where else is he selling this questionable product?***Travel More Now** in Vegas is currently occupying the same location that used to house **Players Club Partners, LLC**, an outfit that has caused some grief for someone who bought into that program in 1998 but never ever was able to use anything they thought they bought into. Couldn't use the certs never were able to book the guaranteed one-week in a condo every year that is handwritten into their contract never got nothin' nada zip zilch zero. So they stopped payment and now **Players Club Partners** (which is a Nevada Corporation currently in default) has sued them for considerably more than the original amount of purchase. The officers of the corporation are John N. Gronvall and Art Petrie.If you research **Players Club Partners** on google.com you will find little besides an enrollment form for **Privilege Card International**. Bear with us now, we're getting there: Gronvall apparently was the developer of the Erie Islands Resort (not timeshare), and the email address for the registrant of the domain name for Privilege Card is info@erieislandsresort.com (Neither Gronvall nor Petrie are mentioned on the resort's website, though.) Very confusing, but interesting. Was Players Club selling Privilege Card (it wholesales at under $60) and a pack of useless certs for around $1000? Or? What exactly WERE they selling, and who were they selling it for? And what's up with that company now? Where is it? What's going on? Who can clear this mystery up?
YOUR COMMENTS
Nov. 3: --" **James Kilroy** bought the Players Club back in 2000 or 2001 I believe." Aha. Is this correct? Anyone know?
Posted by Vacation Tour Tricks at 2:53 PM   0 comments   Links to this post
Labels: Coast to Coast, Forever Grand Vacations, Grand Getaways, Jim Kilroy, Liar, Lies, Salespeople, Travel Club, Travel More Now

## KY3 Report on Travel More Now

BRANSON, Mo. -- Despite warnings from AARP, the Better Business Bureau, attorneys general offices and dozens of consumer blogs, travel clubs continue to lure hundreds of customers. Fred and Susie Pfizenmaier of Kansas got hooked by one in Branson and regretted it.
On their yearly trip to Branson last year, the Pfizenmaiers agreed to sit down for a presentation by **Travel More Now** in exchange for some discounted show tickets. They were tempted by the promise of discount vacation packages, despite the enrollment charge of more than $3,000 and $159 yearly fee.
"Supposedly, you join a travel club and get big discounts, airfare, motels," said Fred Pfizenmaier.
After signing the contract, the Pfizenmaiers attended a show in Branson using the discounted tickets that they were promised for attending the presentation. Later that night, they talked things over and decided they wanted to cancel their travel club membership.
"Sometimes you just have a funny feeling about things," said Susie Pfizenmaier.
The contract that they signed said they had three days to rescind their membership, so they turned in their membership papers. Then they got a surprise.
"The excuse they gave us not to let us out of contract is we had accessed benefits by using the show tickets."
The Pfizenmaiers are not alone. Hundreds of consumers filed similar complaints against Travel More Now with the Missouri attorney general's

office.

Posted by Vacation Tour Tricks at 1:50 AM    1 comments    Links to this post
Labels: Forever Grand Vacations, James Kilroy, Travel Clubs, Travel More Now

**Newer Posts**          **Home**          **Older Posts**

Subscribe to: **Posts (Atom)**

## Daily Bible Verse

**Daily Bible Verse**

Romans 5:6-8                                    July 15, 2011

You see, at just the right time, when we were still powerless, Christ died for the ungodly. Very rarely will anyone die for a righteous man, though for a good man someone might possibly dare to die. But God demonstrates his own love for us in this: While we were still sinners, Christ died for us.

MyChurch

Embed this gadget

## Google Mini Search

Search
powered by Google

## Affidavit In Support of DMCA Take-Down Notice

I, James J Kilroy, declare the following:

1. I have a good faith belief that use of the copyrighted material that appears at the allegedly infringing website, as described in the attached letter, is not authorized by the copyright owner, its agent or the law.

2. I swear, under the penalty of perjury, that the information in this notification is accurate and that, I am the copyright owner or am authorized to act on behalf of the owner of an executive right that is allegedly infringed.

I declare under the penalty of perjury under the laws of the State of Missouri that the foregoing is true and correct.

DATED: July 16th, 2011

_____
James J Kilroy
Individually and as Manager of Forever Grand Vacations, LLC


Sworn to and Subscribed before me,
This the 16th day of July, 2011.

_____
Notary Public
My Commission Expires: 3/2/2015

BRIAN E. COLLINS
Notary Public
Taney County
My Commission Expires
March 2, 2015
Commission # 11149896